**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7414**

———————————

JOSEPH DONALD LEE GREENE,

Plaintiff - Appellant,

versus

STEVE MCGRAW, Clerk, the Circuit Court of the
County of Roanoke, sued in his individual and
official capacity; DONNA SCHAFFER, Deputy
Clerk, the Circuit Court of the County of
Roanoke, sued in her individual and official
capacity; JANICE MARTIN, Notary, the Circuit
Court of the County of Roanoke, sued in her
individual and official capacity; ROY B.
WILLETT, Justice, the Circuit Court of the
County of Roanoke, sued in his individual and
official capacity; A. DOW OWENS, Justice, the
Circuit Court of the County of Pulaski, sued
in his individual and official capacity;
FRANCIS WILLIAM BURKHART, III, Chief,
Commonwealth Attorney of the County of
Roanoke, sued in his individual and official
capacity; JOHN RICHARD HENRY ALEXANDER, II,
Assistant Commonwealth Attorney of the County
of Roanoke, sued in his individual and
official capacity; MARIAN FELIC KELLEY,
Assistant Commonwealth Attorney of the County
of Roanoke, sued in his individual and
official capacity, J. RAY LAVINDER, Chief, the
Police Department of the County of Roanoke,
Virginia, sued in his individual and official
capacity; MR. HOLBROOK, Assistant Chief, the
Police Department of the County of Roanoke,
Virginia, sued in his individual and official
capacity; JOHN TURNER, Lieutenant, Director of
Internal Affairs, the Police Department of the
County of Roanoke, Virginia sued in his

individual and official capacity; RICHARD MOORER, Detective, the Police Department of the County of Roanoke, Virginia, sued in his individual and official capacity; DEBBIE HOGAN, Detective, the Police Department of the County of Roanoke, Virginia, sued in her individual and official capacity; FRANCIS HAGGERTY, Sergeant, the Police Department of the County of Roanoke, Virginia, sued in his individual and official capacity; R. J. WYGAL, Road Unit Officer, the Police Department of the County of Roanoke, Virginia, sued in his individual and official capacity; JANET JANSCO, Road Unit Officer, the Police Department of the County of Roanoke, Virginia, sued in her individual and official capacity; BETTY R. MCCRARY, Director, the Roanoke County Department of Social Services, sued in her individual and official capacity; ELLEN GROFF, Social Worker, the Roanoke County Department of Social Services, sued in her individual and official capacity; GARY THOMPSON, Social Worker, the Roanoke County Department of Social Services, sued in his individual and official capacity; DONNA THOMPSON, Social Worker, the Roanoke County Department of Social Services, sued in her individual and official capacity; TRACEY E. PIRKEY, Hearings Officer, the Virginia State Department of Social Services, sued in her individual and official capacity; JOSEPH B. OBSENSHAIN, Attorney, County of Roanoke, Virginia, sued in his individual and official capacity; JEFFREY LAING DORSEY, Reverend, Attorney at Law, sued in his individual and official capacity; ROBERT C. HAGAN, Attorney at Law, sued in his individual and official capacity; MELISSA RATCLIFF, Registered Nurse, Carillion Community Hospital of Roanoke Valley, sued in her individual and official capacity; LEJEANNA SPINELLA, Agent, Palms & Associates, sued in her individual and official capacity; UNKNOWN PROPRIETORS, Palms & Associates, Incorporated, sued in their individual and official capacities; STEPHANIE ANN WOOD, sued in her individual and official capacity; WALTER LEE WOOD, Reverend, sued in his individual and official capacity; ANN MCKEEL WOOD, Reverend,

2

sued in her individual and official capacity; RHONDA WOOD, a private citizen of the County of Roanoke, sued in her individual and official capacity; UNKNOWN COURTROOM DEPUTY, Sergeant, the Circuit Court of the County of Roanoke, sued in his individual and official capacity; ROSEMARIE ANUNNZIATA, Chief Justice, the Court of Appeals of Virginia, sued in her individual and official capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-02-626-7)

---

Submitted: May 6, 2003                    Decided: May 21, 2003

---

Before WIDENER, WILKINSON, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joseph Donald Lee Greene, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Donald Lee Greene appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Greene v. McGraw, No. CA-02-626-7 (W.D. Va. June 20, Aug. 16, Oct. 15 & Nov. 13, 2002). We deny Greene's motion for leave to amend and to add a party. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

4